**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Randy E. RHEN, Jr., Defendant–**
**Appellant.**

No. 05–30690.
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided April 18, 2006.

Camille Ann Domingue, John L. Walker, Assistant U.S. Attorneys, U.S. Attorney's

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Office Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Wayne Joseph Blanchard, Rebecca L. Hudsmith, Federal Public Defender, Robert M. Marin, Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before KING, WIENER and DeMOSS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Randy E. Rhen, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rhen has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.